FILED 12-2837
JUN 2 5 2013
MICHAEL E. GANS
CLERK OF COURT

6/19/13

Clerk of Courts,

This is a motion for a Pro Se Brief. For my Deriect Appeal. My understanding was I was granted my motion to do a Pro Se brief on my own behalf by the appeals court. I ask my Attorney to put in a request for the oppertunity to put my own brief in. Ms. Jennifer Chaplinsky said it was granted. If these Statement are not true and Correct. I request a new appeal Attorney and a Chance to do my own Pro Se Brief as well Under the Constitutition and my 6th amendment I have the right to due process of the law. And I am entitle to have effective representation in my Appeal.

Micheal E. Gans I no longer want Ms. Jennifer Chaplinski to represent me any longer in my Appeal If these statements are not true and Correct I am requesting a new Appeal Attorney

Thank You

Mr. Milton Rucker

Appellant

RECEIVED
JUN 25 2013
U.S. COURT OF APPEALS