# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-2837

United States of America

Appellee

v.

Milton Carlton Rucker, Jr.

Appellant

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:11-cr-00255-PJS-1)

---

## ORDER

Appellant's motion to file a pro se supplemental brief is granted. The brief is due July 19, 2013. Appellant's motion for appointment of new counsel is denied.

June 27, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans